No. 788. General Construction Co. *v.* Fisher et al. Jurisdictional statement submitted March 30, 1935. Decided April 8, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Trinityfarm Co.* v. *Grosjean,* 291 U. S. 466, 472; *Metcalf & Eddy* v. *Mitchell,* 269 U. S. 514; *Lucas* v. *Howard,* 280 U. S. 526; *Lucas* v. *Reed,* 281 U. S. 699; *Alward* v. *Johnson,* 282 U. S. 509, 514; *Willcuts* v. *Bunn,* 282 U. S. 224, *et seq.; Baltimore Shipbuilding Co.* v. *Baltimore,* 195 U. S. 375, 382. *Mr. Seth W. Richardson* for appellant. *Messrs. I. H. Van Winkle* and *Willis S. Moore* for appellees. 

No. —, original. Ex parte Gibson. April 8, 1935. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. George H. Gibson, pro se.*

No. —, original. Ex parte Veach. April 8, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Charles M. Veach, pro se.*